<u>**EXHIBIT A**</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KENNETH LEO BENJAMIN and          Case No. 11-13389-j7
GERALDINE BENJAMIN,          Chapter 7

         Debtors.

<u>**DISCLOSURE OF ANDRUS WAGSTAFF, P.C.
PURSUANT TO BANKRUPTCY RULES 2014 AND 2016**</u>

Andrus Wagstaff P.C. ("**A&W**"), in connection with the *Chapter 7 Trustee's Application to Employ Andrus Wagstaff, P.C., Lawrence Litigation Group, LLP, and Holland Law Firm, LLC as Special Counsel* (the "**Application**"), states:

1.      To the best of the undersigned's knowledge, information, and belief, after making reasonable inquiry, A&W has no connection with the Trustee, the Debtor, the Debtor's creditors, or any other party in interest in this case, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

a.      The Debtor previously employed A&W in connection with the Claim (as defined in the Application).

b.      If the Court approves A&W's employment and other proposed Special Counsel's employment, Special Counsel would charge the Trustee a contingent fee of forty percent (40%) of the gross recovery of the Claim and recovery of expenses. The 40% contingency fee would be split between Special Counsel in the approximate percentages:

Andrus Wagstaff, P.C.: 49%

Lawrence Litigation Group, LLP: 41%

Holland Law Firm, LLC: 10%

3.      Within one year prior to the commencement of this bankruptcy case, the Trustee has not paid A&W any amounts in connection with this case.

4.      Except as set forth above, A&W has not shared or agreed to share with any other person or entity, other than as set forth above or with members or regular associates or employees of A&W, any compensation paid or to be paid by the Trustee in or in connection with this bankruptcy case.

The undersigned verify under penalty of perjury that the above is true and correct.

ANDRUS WAGSTAFF, P.C.

By: _____
Breanna E. Alexander, Esq.
940 Lincoln Street
Denver, CO 80203
303-376-6360
balexander@wagstafflawfirm.com

8/29/22

2

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KENNETH LEO BENJAMIN and                                    Case No. 11-13389-j7
GERALDINE BENJAMIN,                                          Chapter 7

        Debtors.

## DISCLOSURE OF LAWRENCE LITIGATION GROUP, LLP PURSUANT TO BANKRUPTCY RULES 2014 AND 2016

Lawrence Litigation Group, LLP ("**LLG**"), in connection with the *Chapter 7 Trustee's Application to Employ Andrus Wagstaff, P.C., Lawrence Litigation Group, LLP, and Holland Law Firm, LLC as Special Counsel* (the "**Application**"), states:

1.      To the best of the undersigned's knowledge, information, and belief, after making reasonable inquiry, LLG has no connection with the Trustee, the Debtor, the Debtor's creditors, or any other party in interest in this case, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

        a.      The Debtor previously employed LLG in connection with the Claim (as defined in the Application).

        b.      If the Court approves LLG's employment and other proposed Special Counsel's employment, Special Counsel would charge the Trustee a contingent fee of forty percent (40%) of the gross recovery of the Claim and recovery of expenses. The 40% contingency fee would be split between Special Counsel in the approximate percentages:

        Andrus Wagstaff, P.C.: 49%

        Lawrence Litigation Group, LLP: 41%

Holland Law Firm, LLC: 10%

3.     Within one year prior to the commencement of this bankruptcy case, the Trustee has not paid LLG any amounts in connection with this case.

4.     Except as set forth above, LLG has not shared or agreed to share with any other person or entity, other than as set forth above or with members or regular associates or employees of LLG, any compensation paid or to be paid by the Trustee in or in connection with this bankruptcy case.

The undersigned verify under penalty of perjury that the above is true and correct.

Lawrence Litigation Group, LLP
Gary Podell

2

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KENNETH LEO BENJAMIN and                                  Case No. 11-13389-j7
GERALDINE BENJAMIN,                                        Chapter 7

        Debtors.

## DISCLOSURE OF HOLLAND LAW FIRM, LLC
## PURSUANT TO BANKRUPTCY RULES 2014 AND 2016

The Holland Law Firm, LLC ("**Holland**"), in connection with the *Chapter 7 Trustee's*

*Application to Employ Andrus Wagstaff, P.C., Lawrence Litigation Group, LLP, and Holland Law*

*Firm, LLC as Special Counsel* (the "**Application**"), states:

1.      To the best of the undersigned's knowledge, information, and belief, after making

reasonable inquiry, Holland has no connection with the Trustee, the Debtor, the Debtor's creditors,

or any other party in interest in this case, or their respective attorneys and accountants, the United

States Trustee, or any person employed in the office of the United States Trustee, except as follows:

        a.      The Debtor previously employed Holland in connection with the Claim (as

defined in the Application).

        b.      If the Court approves Holland's employment and other proposed Special

Counsel's employment, Special Counsel would charge the Trustee a contingent fee of forty percent

(40%) of the gross recovery of the Claim and recovery of expenses. The 40% contingency fee

would be split between Special Counsel in the approximate percentages:

        Andrus Wagstaff, P.C.: 49%

        Lawrence Litigation Group, LLP: 41%

Holland Law Firm, LLC: 10%

3.     Within one year prior to the commencement of this bankruptcy case, the Trustee has not paid Holland any amounts in connection with this case.

4.     Except as set forth above, Holland has not shared or agreed to share with any other person or entity, other than as set forth above or with members or regular associates or employees of Holland any compensation paid or to be paid by the Trustee in or in connection with this bankruptcy case.

The undersigned verify under penalty of perjury that the above is true and correct.

*/s/ R. Seth Crompton*
**HOLLAND LAW FIRM**
R. Seth Crompton
211 N. Broadway., Ste. 2625
Saint Louis, Missouri 63102
(314) 241-8111
(314) 241-5554 – Facsimile
scrompton@hollandtriallawyers.com

2